DARVELL LA'RICK POWELL
(Name)
P.O. BOX 731; 2302 BROWN RD.
(Address)
IMPERIAL, CALIF. 92251
(City, State, Zip)
F78156
(CDC Inmate No.)

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

FILED
2008 FEB 25 PM 3:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM ___ DEPUTY

# United States District Court
## Southern District of California

DARVELL LA'RICK POWELL,
(Enter full name of plaintiff in this action.)

                    Plaintiff,

v.

WARDEN ALMAGER,
APPEALS COORDINATOR DEGEUS,
CASE RECORDS MANAGER,
CASE RECORDS ANALYST RIVERA,
(Enter full name of each defendant in this action.)

                    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'08 CV 0358 J RBB
Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, DARVELL LA'RICK POWELL (print Plaintiff's name), who presently resides at CENTINELA STATE PRISON (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at CENTINELA STATE PRISON (institution/place where violation occurred) on (dates) 11.21.2007 (SAME) (Count 1) (Count 2), and (SAME) (Count 3).

§ 1983 SD Form
(Rev. 2/05)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant **RIVERA** (name) resides in **IMPERIAL** (County of residence),
and is employed as a **CASE RECORDS ANALYST** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: AS THE PERSON RESPONSIBLE FOR AUDIT INMATE'S CENTRAL FILES TO ENSURE DOCUMENTS OF SENTENCE CORRESPOND TO LAW; REFER ALL PREPRISON CREDIT ISSUES BACK TO COURT PER DEPT. POLICY; STATE EMPLOYEE.

Defendant _____ (name) resides in **IMPERIAL** (County of residence),
and is employed as a **CASE RECORDS MANAGER** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: TO MANAGE ALL CENTRAL FILES OF INSTITUTION; ENSURE DEPT POLICY IS ADHERED TO; RESOLVE ALL PERTINENT CONFLICTS OF DEPT; AUDIT SUBORDINATES; STATE EMPLOYEE.

Defendant **DeGEUS** (name) resides in **IMPERIAL** (County of residence),
and is employed as a **APPEAL COORDINATOR** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: OVERSEE ALL INSTITUTION'S APPEAL PROCEDURES; RESPONSIBLE FOR APPEAL RESOLUTION; STATE EMPLOYEE

Defendant **ALMAGER** (name) resides in **IMPERIAL** (County of residence),
and is employed as a **WARDEN** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: HEAD OF INSTITUTION; RESPONSIBLE FOR ENSURING ALL DEPT. POLICY & PROCEDURES ARE ADHERED TO; SIGNS ALL 2ND LV APPEAL DECISIONS; ENFORCE THE LAW; STATE EMPLOYEE.

§ 1983 SD Form
(Rev. 2/05)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: __DUE PROCESS__

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, <u>by name</u>, did to violate the right alleged in Count 1.]

WAS OUT TO COURT FROM 11.03-11.29; UPON RETURN OF COURT APPEARANCE, I WAS DENIED COMPLETION OF "HAYGOOD HEARING" TO RESOLVE PREPRISON CREDIT ISSUE, THAT OF WHICH WHEN APPLIED IN ACCORDANCE W/ PROVISION OF STATE DETERMINENT SENTENCING LAW & SEQUENTIALLY CDCR ADULT OPERATIONS MANUAL, WOULD'VE ESTABLISHED MY EPRD AS 10.02.2007 FOR CASE BA298044 & 12.02.2007 FOR CASE TA089234 (CONCURRENT P.V.)

ON SCHEDULED DATE OF HEARING, I INQUIRED AS TO WHY I WASN'T SUMMONED, BUT WASN'T GIVEN ANY ANSWER. LATER THAT WEEK I RECIEVED A DENIAL LETTER STATING THE COMPUTATION WAS DONE ON 11.21; A CLEAR VIOLATION OF 2ND LEVEL APPEAL INTERVIEW REQUIREMENTS & DUE PROCESSION OF CONFLICT RESOLUTION. I CORRESPONDED (UNSUCCESSFULLY) W/ THE APPEALS COORDINATOR ALLEGING THE FRAUDULENT ACTIONS BY THE RECORDS STAFF. HE REFUSED TO RESOLVE THEIR ACTIONS, WHICH FORMS BASIS OF OTHER RIGHT VIOLATIONS BY THE CASE RECORDS ANALYST & MANAGER WHICH THE WARDEN SIGNED-OFF ON; ALL IN FULL KNOWLEDGE OF STATE LAW & DEPARTMENT POLICY & PROCEDURE FOR PREPRISON CREDIT CONFLICT RESOLUTION.

§ 1983 SD Form
(Rev. 2/05)

3

<u>Count 2</u>: The following civil right has been violated: <u>ACCESS TO COURTS</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

BECAUSE OF COUNT-1, I WAS PREVENTED FROM GAINING DEPARTMENT-MANDATED COURT REFERRAL TO RESOLVE MATTER. IN ACCORDANCE W/ DEPARTMENT POLICY, UPON ALLEGATION OF ISSUE & FOUNDED GROUNDS THE RECORD'S STAFF IS TO REFER MATTER TO THE COURT IF REMEDY ISN'T WITHIN JURISDICTION OF AGENCY. BY DENYING THE APPEAL PROCESS, I WAS FRAUDED MALACIOUSLY OF MANDATED REMEDY WHICH ONLY COURT COULD IMPOSE & CORRECT SENTENCE ERROR; APPLY ALL APPLICABLE PREPRISON CREDIT TO TERMS & COMPOSE ABSTRACTS OF JUDGEMENT REFLECTING AWARD.

I'VE REPEATEDLY FILED CDCR-602 CITING ALL PERTINENT SENTENCING LAWS & DEPARTMENT POLICY, YET STILL AM DENIED ACCESS TO MY TRIAL COURT BY WILLFUL NEGLIENCE & CONSPIRATIVE ACTIONS BY THE CASE RECORDS ANALYST, MANAGER, APPEALS COORDINATOR & WARDEN.

<u>Count 3</u>: The following civil right has been violated: <u>FREEDOM FROM CRUEL & UNUSUAL PUNISHMENT</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, <u>by name</u>, did to violate the right alleged in Count 3.]

AS DIRECT RESULT OF PREVIOUS COUNTS, THE CASE RECORDS ANALYST & MANAGER, APPEALS COORDINATOR & WARDEN HAVE VIOLATED MY CIVIL & CONSTITUTIONAL RIGHTS, MAKING PRISON TERMS LONGER THAN LEGALLY MANDATED; SUBJECTING ME TO LOSS OF LIFE, LIBERTY & FREEDOM FROM CRUEL & UNUSUAL PUNISHMENT; BEING OVERDUE FOR RELEASE.

THE UNLAWFUL ABUSES CONTINUE & HAS BEEN REPEATEDLY OVERLOOKED BY ALL DEFENDANTS DESPITE MY ADHERING TO DEPARTMENT POLICY & PROCEDURE TO RESOLVE CONFLICT.

§ 1983 SD Form
(Rev. 2/05)

.5

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b) Name of the court and docket number: _____

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] _____

(d) Issues raised: _____

(e) Approximate date case was filed: _____
(f) Approximate date of disposition: _____

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

FILED: CDCR-602 PURSUANT TO CCR-15 3084.7(a)(h) - CAUSE OF ACTION. (3RD LV)
: HABEAS CORPUS TO COMPTON SUPERIOR COURT, L.A. COUNTY (#409)
: EX-PARTE OF FULL BACK CREDITING TO COMPTON SUPERIOR COURT
: PC 832.5/148.6 COMPLAINT TO INSPECTOR GENERAL (PENDING)
: COMPLAINT TO CDCR'S LEGAL PROCESSING UNIT (CITING ISSUE)
: TORT CLAIM - #G572579 (PENDING)
: CLEMENCY W/ GOVERNOR'S OFFICE.
: ASKED APPELLATE ATTORNEY TO RAISE ISSUE (C.O.A.# B201719)

§ 1983 SD Form
(Rev. 2/05)

6

E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): <u>FROM CONTINUING IN THEIR OF-FICIAL CAPACITIES WITHIN THE DEPARTMENT OF CORRECTIONS/ANY STATE or FEDERAL LAW ENFORCEMENT AGENCY EMPLOYMENT WITH RELATIONS & REQUIRE-MENTS TO THEIR CURRENT OFFICIAL CAPACITIES DEEMED BY LAW OF THE LAND.</u>

2. Damages in the sum of $ <u>445,000 (BA298044); $265,000 (TA089234)</u>

3. Punitive damages in the sum of $ <u>25,000 (BA298044); $225,000 (TA089234)</u>

4. Other: <u>APPLICATION OF PREPRISON CREDITS PURSUANT TO PC-SECTIONS: 1203.2a, 2900.5, 4019, 2933, 2933.3 et. al. seq.; PAROLE START, RELEASE.</u>

F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

<u>Feb. 19, 2008</u>
Date

<u>[signature]</u>
Signature of Plaintiff

§ 1983 SD Form
(Rev. 2/05)

7

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Darvell La'Rick Powell

**DEFENDANTS**

Almager, et al

[Stamps: 2254 1983; FILING FEE PAID Yes___ No ✓; HFP MOTION FILED Yes ✓ No___; COPIES SENT TO Court Parties]

FILED
2008 FEB 25 PM 3:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Darvell La'Rick Powell
PO Box 731
Imperial, CA 92251
F-78156

ATTORNEYS (IF KNOWN)

'08 CV 0358 J RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE  February 25, 2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]