DARVELL LA'RICK POWELL
PLAINTIFF/PETITIONER/MOVANT'S NAME

F78156
PRISON NUMBER

CSP-CENTINELA
PLACE OF CONFINEMENT

2302 BROWN RD. IMPERIAL, CA 92251
ADDRESS

2254 ___  1983 ✓
FILING FEE PAID
Yes ___  No ✓
IFP MOTION FILED
Yes ✓  No ___
COPIES SENT TO
Court ✓  ProSe ___

FILED
2008 FEB 25 PM 3:43
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  Rm  DEPUTY

# United States District Court
## Southern District Of California

DARVELL LA'RICK POWELL,
                Plaintiff/Petitioner/Movant

CCRA RIVERA, CCRM, APPEALS COORDINATOR
WARDEN ALMAGER, DEGEUSS
                Defendant/Respondent

Civil No. **'08 CV 0358 J RBB**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, DARVELL LA'RICK POWELL, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☑ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration CSP-CENTINELA
   Are you employed at the institution?          ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No

[Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 2/05)                                                K:\COMMON\FORMS\CIV-67

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 03.03.2007 ; $15 p/HR @ EXOTIC TALENT AGENCY — WOODLAND HILLS, CA

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment       ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends      ☐ Yes ☑ No
   c. Pensions, annuities or life insurance               ☐ Yes ☑ No
   d. Disability or workers compensation                  ☐ Yes ☑ No
   e. Social Security, disability or other welfare        ☐ Yes ☑ No
   e. Gifts or inheritances                               ☐ Yes ☑ No
   f. Spousal or child support                            ☐ Yes ☑ No
   g. Any other sources                                   ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. N/A.

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): N/A.
   b. Present balance in account(s): N/A.

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): N/A.
   b. Present balance in account(s): N/A.

6. Do you own an automobile or other motor vehicle? ☑ Yes ☐ No
   a. Make: BMW      Year: 2001      Model: 328ci
   b. Is it financed? ☑ Yes ☐ No
   c. If so, what is the amount owed? $26K

CIV-67 (Rev. 2/05)                       -2-                       K:\COMMON\FORMS\CIV-67

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes  ☑ No
If "Yes" describe the property and state its value. N/A.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. DAIJAHNA, ADAM, DEVEN POWELL - CHILDREN; NONE SINCE INCARCERATION.

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): L.A. COUNTY CHILD SUPPORT SERVICES - $16K; $10K - CREDIT DEBT.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): N/A.

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. N/A.

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

February 19, 2008
DATE

Darnell Varick Powell
SIGNATURE OF APPLICANT

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form MUST be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _DARVELL LA'RICK POWELL / F78156_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_February 19, 2008_
DATE

_Darvell La'rick Powell_
SIGNATURE OF PRISONER

CALIFORNIA DEPARTMENT OF CORRECTIONS
CENTINELA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 19, 2008

```
ACCOUNT NUMBER : F78156                       BED/CELL NUMBER: FBGY00000000134U
ACCOUNT NAME   : POWELL, DARVELL LARICK       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
```

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.38 | 0.00 | 0.00 | 0.38 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------
0.38
-----------

*[signature]*

DARVELL LA'RICK POWELL